Cybil Fisher
1609 Redstone Trail
Green Bay, WI 54313
Petitioner, *Pro Se*

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2013 JUL 11 P 2: 32

JON A. SANFILIPPO
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **CYBIL FISHER,** | CASE NO. **13-C-0776** |
| Petitioner, | |
| v. | |
| UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, and JEFFREY HENCKE, SPECIAL AGENT, | PETITION TO QUASH IRS THIRD PARTY SUMMONS |
| Respondents. | |

COMES NOW Cybil Fisher, Petitioner, *pro se*, and petitions this Court to quash an Internal Revenue Service Third Party Administrative Summons.

## JURISDICTION

1. This Court has jurisdiction pursuant to Title 26 U.S.C. § 7609 and Title 5 U.S.C. § 552(a).[1]

2. Venue is proper, because the custodian of records and records sought (the subject of this controversy) by the summonses to Fox Communities Credit Union which is within the United States District For the Eastern District of Wisconsin.

---

[1] All further references to Code Sections are to Title 26 unless otherwise noted.

## PARTIES

3. The Petitioner in this action is Cybil Fisher, (Fisher), whose address is 1609 Redstone Trail, Green Bay, WI 54313.

4. The Respondents in this action are the United States of America, the Internal Revenue Service (hereinafter "IRS") and Jeffrey Hencke, IRS Special Agent (Hencke).

5. Hencke is the IRS official that issued the alleged summons which is the subject of this controversy. Hencke's mailing address is 440 Security Blvd., Green Bay, WI 54313.

6. The Third Party from whom IRS seeks records is Fox Communities Credit Union, 3401 East Calumet Street, Appleton, WI 54915.

7. The third party summons was issued to Fox Communities Credit Union on June 18, 2013. (See Exhibit "A" the IRS summons issued to Fox Communities Credit Union, a true and correct copy attached hereto.) On or about July 16, 2013, Fox Communities Credit Union is scheduled to comply with the IRS summons, surrendering Fisher's records to the IRS.

## CAUSES OF ACTION AGAINST RESPONDENTS

For the Causes of Action against the Respondents, and each of them, Fisher alleges as follows:

### I. First Cause of Action Against Respondents

8. The Summons is in violation of the statutory summons process and should

2

be quashed because IRS failed to give Fisher timely notices required by 26 U.S.C., Section 7609(a)(1), *i.e*, 23 days notice prior to the date set to turn over the records requested. As a consequence Fisher was not given the opportunity to timely file a Petition to Quash the Summons pursuant to Section 7609(b)(1).

## II. Second Cause of Action Against Respondents

9. The IRS is in violation of the statutory summons process as they failed to provide Fisher advance notice that contact with any of these third parties were to be made; and, failed to periodically provide Fisher with a record of persons contacted by IRS about Fisher as required by Section 7602(c)(1)&(2).

## III. Third Cause of Action Against Respondents

10. Fisher alleges upon information and belief that the Summons was issued while a referral for criminal prosecution to the Department of Justice is pending, which was made by the IRS in violation of Section 7602(d)(2)(A).

## IV. Fourth Cause of Action Against Respondents

11. Because of the violations and abuses of the summonses process as alleged within paragraphs 8 through 13, inclusive, the IRS failed to meet the "GOOD FAITH" requirement of the *Powell*[2] standard.

## V. Fifth Cause of Action Against Respondents

12. Respondents, contrary to law have caused, or will cause, Fisher's records to be turned over to the Respondents in violation of the banking and constitutional Privacy

---

[2] *United States v. Powell*, 379 U.S. 48, 85 S.Ct. 248 (1964).

Laws of the United States of America and the constitutional privacy laws of the State of Wisconsin.

## PRAYER FOR RELIEF

Wherefore, Fisher respectfully requests that this Court:

1. QUASH the third party administrative summonses of June 18, 2013, to Fox Communities Credit Union for the records pertaining to Cybil Fisher.

2. ORDER that the IRS turn over to Fisher a copy of any and all summonses and request for documents that were issued to third parties that were issued by IRS to any Third Parties to obtain records.

3. ORDER that the IRS turn over to Fisher any and all records that were or will be obtained, in its investigation of Fisher by any means that were not in full compliance with the summonsing provisions of the Internal Revenue Code Section 7602, et seq. and Section 7609, et seq.

4. ORDER Respondent to pay Fisher $1,000.00 for each violation of the State and Federal Privacy Laws.

5. Grant any and all other relief that the Court deems just and prudent, the foregoing considered.

Dated: 7-9 , 2013

*Cybil L Fisher*
Cybil Fisher, *Pro Se* Petitioner
1609 Redstone Trail
Green Bay, WI 54313

# CERTIFICATE OF SERVICE

I, Cybil Fisher, certify that pursuant to IRC §7609(b)(2)(B) true copies of the attached **"PETITION TO QUASH IRS THIRD PARTY SUMMONSES"** has been served, on this 9th day of July, 2013, via Certified Mail to each of the following parties:

Cert. Mail # 7011 3500 0000 2362 6028
Internal Revenue Service
ATTN: Jeffery Hencke, Special Agent
440 Security Blvd.
Green Bay, WI 54313

Cert. Mail # 7011 3500 0000 2362 6011
Custodian of Records
Fox Communities Credit Union
3401 East Calumet Street
Appleton, WI 54915

_____
Cybil Fisher, *pro se*

cc: United States District Court
for the Eastern District of Wisconsin
United States Courthouse and Federal Building
517 East Wisconsin Ave, Room 362
Milwaukee, WI 53202